UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED
         JUL 2 2 2012
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

NEW YORK CENTRAL MUTUAL FIRE
INSURANCE COMPANY, et al.
Plaintiff,

v.

CIVIL ACTION NO.:
3:11-CV-38 NAM/ATB

SUNBEAM PRODUCTS, INC.,
Defendant.

## STIPULATED ORDER OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that whereas no party is an infant or incompetent for whom a committee has been appointed, that the above identified matter, including all the remaining claims, counterclaims, and cross claims are hereby discontinued, with prejudice.

*Attorneys for Plaintiff*
*New York Central Mutual Fire Ins. Co.*

Dated: 7-3-12

_____
Patrick O'Sullivan, Esq.
Goris & O'Sullivan
5 Mill Street
Cazenovia, New York 13035
BAR ROLL #507144

*Attorneys for Defendant*
*Sunbeam Products, Inc.*

Dated: 7/19/2012

/s/ Lisa M. R____
Lisa M. Robinson, Esq. (513373)
Goldberg Segalla LLP
5786 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

Tom Vitu, Esq.
Moffett, Lascoe & Packus, P.C.
255 E. Brown Street
Suite 340
Birmingham, MI 48009

SO ORDERED: July 23, 2012   Date: /s/ Norman A. Mordue
Hon. Norman A. Mordue, Chief Judge
U.S. District Court Judge